UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____
)
UNITED STATES OF AMERICA )
)
    v. ) Crim. No. 13-CR-10289-DPW
)
ISSAM EL NADDAF, )
)
    Defendant. )
_____)

## NOTICE OF LAW FIRM AND ADDRESS CHANGE

Please take notice that undersigned counsel for Defendant Issam El Naddaf has joined the law firm of Cloherty & Steinberg LLP, 33 Arch Street, Suite 3150, Boston, MA 02110.

Respectfully submitted,

_/s/ Daniel J. Cloherty_____
Daniel J. Cloherty (BBO #565772)
CLOHERTY & STEINBERG LLP
33 Arch Street, Suite 3150
Boston, MA 02110
(617) 481-0160 (office)
(617) 686-0268 (cell)
dcloherty@clohertysteinberg.com

Dated: February 2, 2023

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 2nd day of February 2023, a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Daniel J. Cloherty