# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

ISSAM EL NADDAF

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 13CR10289-02-DPW

In accordance with the Memorandum and Order [ECF#305] issued this day,

IT IS ORDERED that the Defendant is acquitted and discharged; that the superseding indictment on which he was tried be dismissed as violative of the Defendant's Sixth Amendment speedy trial rights; and, that his bond be exonerated.

Judge Douglas P. Woodlock  Digitally signed by Judge Douglas P. Woodlock
Date: 2023.03.16 13:24:44 -04'00'

Signature of Judge

| Douglas P. Woodlock | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

3/16/2023

Date